UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CARLOS FLORES, et al.,                           :

        Plaintiffs,                          :       13 Civ. 5184 (AJP)

    -against-                                :   **ORDER OF DISMISSAL**

ONE HANOVER, LLC, et al.                         :

        Defendants.                          :

                                                 :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Pursuant to the terms of the "Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement" (the "Order") (Dkt. No. 40), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction pursuant to ¶ 41 of the Order.  Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
              July 15, 2014

                                            **Andrew J. Peck**
                                            United States Magistrate Judge

Copies **by ECF** to:    All Counsel